UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. 2:24-mj-30412

v.

                                HON. Laurie J. MICHELSON

D-1 Oral WATSON,

        Defendant.

_____/

## GOVERNMENT'S BRIEF IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR REVOCATION OF DETENTION ORDER.

### I.    Factual Background

Beginning in the Spring of 2023 and continuing to the Spring of 2024, agents of the FBI conducted an investigation involving the defendant's connection to the transportation of significant quantities of controlled substances from the southern California region to the greater Detroit metropolitan area. On April 26, 2024, the defendant mailed a package to an associate residing in Detroit, which contained: 1.05 kilograms of cocaine and 465.6 grams of methamphetamine. *See*

Criminal Complaint attached.

## II. Pretrial Detention.

Pursuant to 18 U.S.C. § 3142(e)(3)(A), the instant matter is congressionally designated as a "presumption case," which mandates that there is a rebuttal presumption in favor of the defendant's pretrial detention.

## III. 18 U.S.C. § 3142(g) Factors

The "nature" of this offense is extremely serious, and as highlighted in subsection (g)(1), involves two schedule II-controlled substances. The "circumstances" of this offense are even more disturbing. The defendant systematically engaged in the interstate trafficking of large quantities of dangerous controlled substances. Additionally, at the time the defendant engaged in this criminal conduct, in April 2024, he was on federal supervised release for a similar underlying offense.

The "weight of the evidence against the person" is strong in this case. This evidence does not relate to the underlying charged conduct but must speak to the potential for the defendant's non-appearance.

The defendant is not a resident of the eastern district of Michigan; he has no ties to this community; he owns property in the foreign country of Belize; and, he has unverified background information. Additionally, on September 28, 2015, while engaged in drug trafficking activities that ultimately resulted in his 2016 federal drug conviction, the defendant attempted to flee from law enforcement officers. *See* attachment.

The "history and characteristics" of the defendant weigh in favor of continuing his pretrial detention. In 2016, the defendant was charged with and convicted of "*Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance*". It should be noted that, as pointed out in the bond report from CDCa, while the defendant was on supervised release he traveled to Michigan – without approval from his supervising probation officer – and he was found to possess $100,000 in cash that was concealed in the lining of his carry-on luggage. Finally, the defendant has an extensive criminal history, he reports regularly using marijuana and cocaine, and was on federal supervised release at the time he engaged in the charged conduct.

3

The government is not arguing that the defendant is a serious "danger to any person or the community".

## IV. CONCLUSION

As demonstrated in the above, the defendant presents a serious risk of flight and, consequently, for the foregoing reasons the Court should deny Watson's motion in its entirety.

        Respectfully submitted,

        Dawn N. ISON
        United States Attorney

        s/ *C. Barrington Wilkins*
        Assistant United States Attorney
        Eastern District of Michigan, Suite #2001
        211 West Fort Street
        Detroit, MI 48226
        (313) 226-9621
        barrington.wilkins@usdoj.gov

Date: January 13, 2025

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

James C. THOMAS, *Esq.*

s/ *C. Barrington Wilkins*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Phone: (313) 226-9621
E-mail: barrington.wilkins@usdoj.gov
