**U.S. Department of Justice**
Drug Enforcement Administration

| # | REPORT OF INVESTIGATION | | | Page 1 of 7 |
|---|---|---|---|---|
| 1. Program Code | | 2. Cross   Related Files File ☐ ☐ ☐ ☐ ☐ | 3. File No. ▮▮▮▮ | 4. G-DEP Identifier ▮▮ |
| 5. By: ▮▮▮ ▮ ▮▮▮▮ ▮ At: New York Joint TF | | | 6. File Title VERAS, Beldania | |
| 7. ☐ Closed  ☐ Requested Action Completed ☐ Action Requested By: | | | 8. Date Prepared 10-02-2015 | |
| 9. Other Officers: ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮ ▮▮▮▮ | | | | |
| 10. Report Re: Arrest of Arrests of David CHAVEZ-RAMOS and Oral WATSON and acquisition of Exhibits 33 and N-88 through N-97 on September 28, 2015 | | | | |

**SYNOPSIS**

1. Through analysis of toll information, members of the NYDETF, Group T-23, identified a cellular phone, 424-333-5220, as a cellular phone that was possibly used by a member of a Drug Trafficking Organization (DTO) responsible for the transportation of large quantities of narcotics from Southern California to the New York/New Jersey area. On September 22, 2015, Group T-23 obtained a GPS order for the tracking of the cellular phone number 424-333-5220.

**DETAILS**

1. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 11. Distribution: Division New York Joint TF District Other ▮▮▮▮ | 12. Signature (Agent) ▮▮▮ ▮ ▮▮▮▮ ▮ | 13. Date 10-02-2015 |
|---|---|---|
| | 14. Approved (Name and Title) ▮▮ ▮▮▮ ▮ ▮▮▮▮▮ ▮ | 15. Date 12-22-2015 |

DEA Form  - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. ▮▮▮▮ | 2. G-DEP Identifier ▮▮▮ |
| 3. File Title VERAS, Beldania | |
| 4. Page 2 of 7 | |
| 5. Program Code | 6. Date Prepared 10-02-2015 |

3. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. On September 28, 2015, at approximately 12:15 am, the GPS put the cellular phone in the vicinity of the intersection of Marlton Pike East and Birchwood Park Drive South, Cherry Hill, NJ. At approximately 12:17 am, SA Donald Weuve observed a white tractor and white trailer parked on the side of the road in the vicinity. Surveillance was maintained of the tractor trailer. The tractor portion was subsequently observed bearing CA License Plate WP51143.

5. At approximately 1:00 am, SA Jamal Hornedo observed the tractor trailer entering into a warehouse area in the vicinity of Deer Road and Old Cuthbert Road, Cherry Hill, NJ.

6. At approximately 1:30 am, SA Hornedo observed the tractor leaving the warehouse area, without the trailer portion attached. Sgt. Christopher Koch observed the tractor driving in an unusually slow and cautious manner as it exited the warehouse area and drove south on Old Cuthbert Rd, Cherry Hill, NJ.

7. At approximately 1:35 am, Sgt. Koch observed a Grey Nissan Altima bearing NJ License Plate W49FNY, parked directly behind the white tractor as it was stopped on the side of Old Cuthbert Rd. and Park Rd., Cherry Hill, NJ. Sgt. Koch observed the driver of the Nissan Altima and the driver of the tractor trailer meeting beside their respective vehicles. Shortly thereafter, as the Nissan Altima and the white tractor trailer separated and departed the area Sgt. Koch and SA Weuve attempted to perform a traffic stop on the white tractor trailer while SA Derek Coffey and SA Hornedo attempted to perform a traffic stop on the Grey Nissan Altima.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)*<br><br>4.<br>Page 3 of 7 | 1. File No.<br>█████ | 2. G-DEP Identifier<br>█████ |
| | 3. File Title<br>VERAS, Beldania | |
| 5. Program Code | 6. Date Prepared<br>10-02-2015 | |

8. The white tractor complied with the traffic stop on Old Cuthbert Rd and Sgt. Koch and SA Weuve discovered that the tractor was being driven by David Antonio CHAVEZ-Ramos.

9. 

10. During the time SA Weuve and Sgt. Koch were conducting the above described traffic stop, SA Hornedo and SA Coffey attempted to perform a traffic stop on the Nissan Altima, the Nissan Altima left the area at a high rate of speed. While following the Nissan Altima, SA Hornedo observed a large backpack being thrown from the window of the Nissan Altima as it drove north on Old Cuthbert Road. SA Weuve immediately recovered the large backpack (Exhibit N-89) from the roadway of Old Cuthbert Road. SA Weuve observed various objects in the backpack that appeared to be kilograms of narcotics (Exhibit 33).

11. After throwing the backpack from the vehicle, the driver of the Nissan Altima, later identified as Oral WATSON, continued to attempt to leave the area at a high rate of speed. However, the exit from the area was obstructed by the above referenced traffic stop being conducted on the tractor trailer. WATSON continued to circle the area until his vehicle became disabled after striking a gate post in the parking lot in front of 1981 Old Cuthbert Road, Cherry Hill, NJ. SA Coffey and SA Hornedo observed a black male wearing a dark shirt and light-colored pants, later identified as WATSON, exit the driver's side of the vehicle and flee into the nearby woods. Cherry Hill, NJ police officers, who had responded to the scene, utilized a canine unit to assist in the search for WATSON.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | 1. File No. ▉ | 2. G-DEP Identifier ▉ |
|---|---|---|
| *(Continuation)* | 3. File Title VERAS, Beldania | |
| 4. Page 4 of 7 | | |
| 5. Program Code | 6. Date Prepared 10-02-2015 | |

12. Later on this date, during a search of the abandoned vehicle, SA Coffey, as witnessed by SA Hornedo, discovered and seized two cellular phones from inside of the vehicle (Exhibit N-91 and N-92). In addition, SA Hornedo, as witnessed by SA Coffey, seized various documents, to include documents with Oral WATSON's name on them and a piece paper with the telephone number 505-290-8114 written on it from inside of the Nissan Altima (Exhibit N-97).

13. At approximately 2:30 am, members of the Cherry Hills Police Department, with the use of a canine unit, discovered Oral WATSON hiding in the woods in the vicinity of his abandoned vehicle. WATSON was detained and brought back to the location of the tractor, where SA Hornedo and SA Coffey verified that WATSON fit the description of the individual previously observed fleeing from the Grey Nissan Altima. During the arrest of Oral WATSON, members of the Cherry Hill Police Department seized a cellular phone from WATSON's person. Custody of the cellular phone (Exhibit N-90) was transferred from the Cherry Hill Police Department to Sgt. Koch, as witnessed by SA Weuve.

**CHAIN OF CUSTODY**

**DRUG EVIDENCE**

1. 

**NON-DRUG EVIDENCE**

| DEA Form - 6a (Jul. 1996) | **DEA SENSITIVE** Drug Enforcement Administration |
|---|---|

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. ███ | 2. G-DEP Identifier ███ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title VERAS, Beldania | |
| 4. Page 5 of 7 | | |
| 5. Program Code | 6. Date Prepared 10-02-2015 | |

1. ███ [redacted]

2. ███ [redacted]

3. ███ [redacted]

4. ███ [redacted]

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | | 1. File No. ▮▮▮▮ | 2. G-DEP Identifier ▮▮ |
|---|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | 3. File Title VERAS, Beldania | |
| 4. Page 6 of 7 | | | |
| 5. Program Code | | 6. Date Prepared 10-02-2015 | |

5. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

1. File No.: ▮▮▮▮
2. G-DEP Identifier: ▮▮
3. File Title: VERAS, Beldania
4. Page 7 of 7
5. Program Code:
6. Date Prepared: 10-02-2015

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**INDEXING**

1. WATSON, Oral NADDIS 7712638 Remarks: Arrested on 9/28/15 after receiving 5 kilograms of meth from a tractor trailer in Cherry Hill, NJ.

2. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.