UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>ORAL WATSON,<br><br>　　　Defendant. | Case No. 24-mc-30412<br><br>Hon. Laurie J. Michelson (Presiding) |

**ORDER DENYING DEFENDANT'S MOTION FOR REVOCATION OF DETENTION ORDER [10]**

　　　Oral Watson is charged in a criminal complaint with possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1). (ECF No. 1.) He was arrested on November 19, 2024, and had his initial appearance on the criminal complaint in the Central District of California on November 27, 2024. The government sought detention and Pretrial Services recommended that Watson be detained. Following a detention hearing, the magistrate judge found that the government satisfied its burden of showing by a preponderance of the evidence that no condition or combination of conditions would reasonably assure Watson's appearance. (ECF No. 4.)

　　　A month later, after Watson appeared in this District, he filed a motion for revocation of the detention order pursuant to 18 U.S.C. § 3142(f). (ECF No. 10.) The government opposed the motion (ECF No. 15) and the parties presented argument at a hearing held on January 27, 2025.

For the reasons stated more fully on the record in the Court's oral ruling, the motion for revocation of the detention order is DENIED and the detention order previously entered (ECF No. 4) remains in place.

SO ORDERED.

Dated: 1/27/2025

s/Laurie J. Michelson
U.S. District Judge